JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCREEN ACTORS GUILD, INC, | No.   CV 08–5346 PA (VBKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| ANA-AAAA JOINT POLICY COMMITTEE ON BROADCAST TALENT RELATIONS | |
| Defendant. | |

In accordance with the Court's order granting summary judgment in favor of defendant ANA-AAAA Joint Policy Committee on Broadcast Talent Relations ("Defendant") on Plaintiff Screen Actors Guild, Inc.'s ("Plaintiff") complaint to vacate an arbitration award;

It is therefore now ORDERED, ADJUDGED, and DECREED that the parties' arbitration award dated June 11, 2008, is confirmed.

Defendant shall recover its costs of suit.

The Clerk is ordered to enter this Judgment.

DATED:  December 8, 2008

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE